**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| KENDRA FINCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:19-cv-1941 |
| | ) |
| VERIZON WIRELESS | ) |
| SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.      NATURE OF THE CASE

1.      Plaintiff, Kendra Fincher ("Fincher" or "Plaintiff"), by counsel, brings this action against the Defendant, Verizon Wireless Service, LLC ("Defendant"), alleging violations of the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et. seq.*

### II.  PARTIES

2.      Fincher is a resident of the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3.      Defendant maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

### III.      JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §12117.

5.     Defendant is an "employer" as that term is defined by 42 U.S.C. §12111(5)(A).

6.     Fincher was an "employee" as that term is defined by 42 U.S.C. §12111(4).

7.     Fincher is a "qualified individual with a disability" as defined by the Americans with Disabilities Act, 42 U.S.C. §§12102(2) and 12111(8) and/or Defendant knew of Fincher's disability and/or regarded Fincher as being disabled and/or Fincher has a record of being disabled.

8.     Fincher satisfied her obligation to exhaust her administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging disability discrimination. Fincher received the required Notices of her Right to Sue and timely files this action.

9.     A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### III. <u>FACTUAL ALLEGATIONS</u>

10.     Fincher began working for the Defendant in or about 2005 as a Retail Sales Representative at the Circle Center Mall.  Several years later, Fincher transferred to the E. Washington Street location where she served as a Solutions Manager.

11.     Fincher suffers from manic depression and severe anxiety.  In or about June 2017, Fincher suffered a mental break due in part to her work environment. Fincher's health condition required her to use medical leave through December 3, 2017.

12.     Fincher returned to work on December 4, 2017, to a different location so as not to return to the same stressors existing at the East Washington location.

13.     Following her return, Fincher met or exceeded Defendant's legitimate performance expectations.

14.     Beginning in June 2018, Fincher began to suffer significant issues related to her disability and caused by her medication.  Fincher informed her manager, Damon Taylor, of the issues she was facing.

15.     On or about September 26, 2018, Fincher met with Taylor regarding performance and attendance issues related to her disability.  Fincher informed Taylor that her medication issues had been resolved and that her condition would normalize.

16.     Taylor asked how long it would take for the medication to begin working in her system.  When Fincher replied about two months, Taylor questioned her, inquiring, "Is that realistic?" During the meeting, Taylor asked Fincher, if she wanted to step down to a Sales Representative position.

17.     Two weeks later, Defendant terminated Fincher's employment for alleged issues with the inventory that she took in August.

18.     Similarly situated non-disabled individuals have not been disciplined or terminated for using similar methods to complete the inventory.

19.     Defendant's stated reason is a pretext for disability discrimination.

## IV.  CAUSES OF ACTION

## DISABILITY DISCRIMINATION

20.     Fincher  hereby  incorporates  by  reference  paragraphs  one  (1)  through

3

thirty (19) of her Complaint as if the same were set forth at length herein.

21.     Defendant discriminated against Fincher on the basis of her disability by refusing to accommodate her and subjecting her to disparate treatment.

22.     Defendant's actions were intentional, willful and in reckless disregard of Fincher's legally protected rights as protected by the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et. seq.*

23.     Fincher has suffered damages as a result of Defendant's actions.

## VI.  REQUESTED RELIEF

WHEREFORE, Plaintiff, Kendra Fincher, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1.     Reinstate Fincher to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful actions; and/or payment to Fincher of front pay in lieu thereof;

2.     All wages, benefits, compensation and other monetary loss suffered as a result of Defendant's unlawful actions;

3.     Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4.     Compensatory damages;

5.     Punitive damages;

6.     Costs and attorney's fees incurred as a result of bringing this action;

7.     Pre- and post-judgement interest on all sums recoverable; and

8.     All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Andrew Dutkanych
Andrew Dutkanych
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com

## DEMAND FOR JURY TRIAL

Plaintiff, Kendra Fincher, by counsel, requests a trial by jury on all issues deemed

so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Andrew Dutkanych
Andrew Dutkanych
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com